FILED

OCT 04 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAYMOND GONZALEZ, | No. 09-55647 |
| Plaintiff - Appellant, | D.C. No. 5:07-cv-01463-DOC-MLG |
| v. | |
| GARY PENROD, San Bernardino County Sheriff, individual and official capacity and SCHNEIDER, San Bernardino County Deputy Sheriff, individual, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted September 22, 2010[**]

Before:    WALLACE, HAWKINS, and THOMAS, Circuit Judges.

The district court properly dismissed the action because Raymond Gonzalez

("Gonzalez") failed to exhaust administrative remedies prior to filing suit.  *See*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Woodford v. Ngo*, 548 U.S. 81, 90, 95 (2006) ("proper exhaustion" under 42

U.S.C. § 1997e(a) is mandatory and requires adherence to administrative

procedural rules).

We decline to consider arguments presented for the first time on appeal.

*Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999).

Gonzalez's remaining contentions are unpersuasive.

**AFFIRMED.**